**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Robert W. Johnson,

                Plaintiff,

-against-

Andrew Saul,
Commissioner of Social Security,
                Defendants.

-----------------------------------------------------------X

19 **CIVIL** 3749 (SDA)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 9, 2020, the Commissioner's motion to dismiss is granted; the Court certifies that, under 28 U.S.C. § 1915(a)(3), any appeal from this Court's Order would not be taken in good faith and therefore in forma pauperis status is proactively denied for the purpose of an appeal; accordingly, the case is closed.

**Dated:** New York, New York
          March 9, 2020

**RUBY J. KRAJICK**
**Clerk of Court**

BY:

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/9/2020